

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2017

No. 04-17-00208-CR

**IN RE THE STATE OF TEXAS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Rebeca C. Martinez, Justice
                    Luz Elena D. Chapa, Justice
                    Irene Rios, Justice

On May 4, 2017, an unopposed motion for leave to file an amended response in this original proceeding was filed on behalf of the real party in interest. The motion is GRANTED.

It is so **ORDERED** on August 3, 2017.

PER CURIAM

ATTESTED TO: _Luz Estrada_____
                    Luz Estrada
                    Chief Deputy Clerk

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2017.

---

[1] This proceeding arises out of Cause No. A16465 and A16466 styled *State of Texas v. Mark Bennet Holloway*, pending in the 216th Judicial District Court, Kerr County, Texas, the Honorable N. Keith Williams presiding.